UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DAVID PELCHAT,                          )
                                        )
                    Plaintiff,          )          C.A. No. 1:1 9-cv-10209-RGS
                                        )
v.                                      )
                                        )
TEREX SOUTH DAKOTA, INC., and           )
J.J. KANE AUCTIONEERS, LLC,             )
                                        )
                    Defendants,         )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that the case be dismissed with prejudice.

| TEREX SOUTH DAKOTA, INC. | J.J. KANE AUCTIONEERS, INC. |
|---|---|
| By its Attorneys, | By its Attorney, |
| CAMPBELL CONROY & O'NEIL, P.C. | CURLEY & CURLEY, P.C. |
| */s/ David M. Rogers*<br>James M. Campbell (BBO #541882)<br>jmcampbell@campbell-trial-lawyers.com<br>David M. Rogers (BBO #542233)<br>drogers@campbell-trial-lawyers.com<br>Jessica L. Bowen (BBO #691528)<br>1 Constitution Wharf, Suite 310<br>Boston, MA 02129<br>(617) 241-3000 | */s/ Robert A. Curley**<br>Robert A. Curley, Jr. (BBO #109180)<br>rac@curleylaw.com<br>35 Braintree Hill Office Park<br>Suite 103<br>Braintree, MA 02184<br>(617) 523-2290 |

| | |
|---|---|
| DAVID PELCHAT<br><br>By his Attorneys,<br><br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br><br>*/s/ Jordan S. Friter\**<br>Jordan S. Friter<br>friterj@stutmanlaw.com<br>501 Office Center Drive, Suite 301<br>Ft. Washington, PA 19034<br>(215) 283-1177<br><br><br>LOFTUS & LOFTUS, P.C.<br><br>*/s/ Patrick J. Loftus\**<br>Patrick J. Loftus, III (BBO #303310)<br>pjl@loftusandloftuspc.com<br>Katherine C. Loftus (BBO #692288)<br>kcl@loftusandloftuspc.com<br>546 East Broadway<br>Boston, MA 02127<br>(617) 268-7777 | |

**\*signed with permission**

## CERTIFICATE OF SERVICE

On January 14, 2020, I, David M. Rogers, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ David M. Rogers*
David M. Rogers